UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Myria Petrou and Bradley Foerster,

    Plaintiffs,

v.    Civil Case No. 17-11508

Christopher John Robert Laycock LLC
et al.,    Sean F. Cox
    United States District Court Judge

    Defendants.
_____/

## ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFFS' STATE-LAW CLAIMS

Plaintiff filed this action on May 11, 2017 (Doc. # 1). The complaint contains one federal claim brought under 42 U.S.C. § 1983 (Count V) and six state-law claims. Plaintiffs ask the Court to exercise supplemental jurisdiction over these claims.

A district court may decline to exercise supplemental jurisdiction over a claim where "the claim substantially predominates over the claim or claims over which the district court has original jurisdiction." 28 U.S.C. § 1367(c)(2). Here, the Court concludes that the state-law claims, which outnumber the federal claim six-to-one, predominate. The Court also finds that there is a substantial potential for jury confusion if Plaintiffs' federal claim was presented to a jury alongside Plaintiffs' state-law claims. The potential for jury confusion is yet another reasons for this Court to decline to exercise supplemental jurisdiction. *United Mine Workers v. Gibbs*, 383 U.S. 715, 727 (1966); 28 U.S.C. § 1367(c)(4).

Therefore, **IT IS ORDERED** that the Court **DECLINES TO EXERCISE**

1

**SUPPLEMENTAL JURISDICTION** over Plaintiffs' state-law claims. The Court shall retain jurisdiction over the federal claim raised in Count V. All of the other claims in the complaint are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 8, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 8, 2018, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager